IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

RYAN WILLIAM POE                                                           PETITIONER
#9805

v.                              No. 3:22-cv-248-DPM

ADAM WEEKS                                                                RESPONDENT

## ORDER

Unopposed recommendation, *Doc. 2*, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Poe's § 2241 petition will be dismissed without prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

8 November 2022