# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**RYAN WILLIAM POE**                                                        **PETITIONER**
**#9805**

**v.**                                   **No. 3:22-cv-248-DPM**

**ADAM WEEKS**                                                        **RESPONDENT**

## JUDGMENT

Poe's petition is dismissed without prejudice.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

_8 November 2022_